1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  Federal Building
   2500 Tulare Street, Ste. 4401
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6

7
             IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9
   ESTER R. DAVIS,              )    1:05-cv-0643 LJO
10                              )
                Plaintiff,      )    STIPULATION AND ORDER
11                              )    TO EXTEND TIME
                                )
12         v.                   )
                                )
13 JO ANNE B. BARNHART,         )
   Commissioner of Social       )
14 Security,                    )
                                )
15              Defendant.      )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from March 2, 2006 to April 4, 2006.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                 1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                  Respectfully submitted,

Dated: February 22, 2006
                              /s/ Lawrence D. Rohlfing
                              (As authorized via facsimile)
                              LAWRENCE D. ROHLFING
                              Attorney for Plaintiff

Dated: February 22, 2006
                              McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 23, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE